Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                          Case No.: 19−24120−KCF
                          Chapter: 7
                          Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Scott R. Diesch                                           Laura E. Diesch
   102 Stonehenge Drive                             102 Stonehenge Drive
   Phillipsburg, NJ 08865                            Phillipsburg, NJ 08865

Social Security No.:
   xxx−xx−2037                                                 xxx−xx−1739

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on August 22, 2019.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 22, 2019
JAN: ghm

                                                                                              Jeanne Naughton
                                                                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Scott R. Diesch  
Laura E. Diesch  
     Debtors

Case No. 19-24120-KCF  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Aug 22, 2019  
                      Form ID: 148     Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2019.
```
db/jdb         +Scott R. Diesch,    Laura E. Diesch,    102 Stonehenge Drive,    Phillipsburg, NJ 08865-2036
518374432      +The Bureaus, Inc.,    c/o of PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr              +EDI: QTJORR.COM Aug 23 2019 07:14:00      Thomas Orr,    Law Office of Thomas J. Orr,
                  321 High Street,    Burlington, NJ 08016-4411
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 23 2019 00:24:14      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 23 2019 00:24:12      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
518363183       E-mail/Text: jennifer.chacon@spservicing.com Aug 23 2019 00:24:59
                  Select Portfolio Servicing,    PO Box 65250,    Salt Lake City, UT  84165-0250
                                                                                             TOTAL: 4
```

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2019                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2019 at the address(es) listed below:
```
              R. A. Lebron    on behalf of Creditor    Select Portfolio Servicing, Inc., as servicer for
               WILMINGTON TRUST, NA, SUCCESSOR TRUSTEE TO CITIBANK, N.A., TRUSTEE, IN TRUST FOR REGISTERED
               HOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES 2007-2, AS bankruptcy@feinsuch.com
              Rebecca Ann Solarz    on behalf of Creditor    Wilmington Trust, NA, successor trustee to Citibank,
               N.A., trustee, et al... rsolarz@kmllawgroup.com
              Thomas Orr    tom@torrlaw.com, Torr@ecf.axosfs.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```