Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  19–24120–KCF
        Chapter:  7
        Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Scott R. Diesch | Laura E. Diesch |
| 102 Stonehenge Drive | 102 Stonehenge Drive |
| Phillipsburg, NJ 08865 | Phillipsburg, NJ 08865 |

Social Security No.:
  xxx–xx–2037                                     xxx–xx–1739

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Thomas Orr is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: October 3, 2019                  Kathryn C. Ferguson
                                                Judge, United States Bankruptcy Court